# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

|  |  |
|---|---|
| ALAN CLARK, | |
| Plaintiff, | 2:15-cv-00973-GMN-CWH |
| | **ORDER** |
| vs. | |
| SPILIADIS MANAGEMENT LTD., *et al.*, | |
| Defendants. | |

The court has been notified that the parties have reached a settlement agreement.  (#13).

Accordingly,

IT IS HEREBY ORDERED that the Early Neutral Evaluation scheduled for October 14, 2015 is VACATED.

IT IS FURTHER ORDERED that the proposed stipulation and order for dismissal must be filed on or before December 7, 2015.

DATED this 8th day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE