FENNEMORE CRAIG
Janice Procter-Murphy, Esq. (NV Bar No. 10960)
Kevin M. Green, Esq. (NV Bar No. 12384)
2394 East Camelback Road, Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
Facsimile: (702) 516-5999
Email: jpmurphy@fclaw.com
Email: kgreen@fclaw.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALAN CLARK, an Individual<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SPILIADIS MANAGEMENT, LTD., a Nevada Corporation d/b/a ESTIATORIO MILOS LAS VEGAS; DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 through 25, inclusive<br><br>　　　　Defendant. | Case No.: 2:15-cv-00973-GMN-CWH<br><br>**STIPULATION TO DISMISS WITH PREJUDICE AND ORDER** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the voluntary dismissal of this action with prejudice, with each party to bear its or his own fees and costs. The parties respectfully request that the Court approve this stipulation.

Dated this 23rd day of November, 2015.

| | |
|---|---|
| KANG & ASSOCIATES, PLLC | FENNEMORE CRAIG, P.C. |
| By */s/ Erica D. Loyd* (with permission)<br>　Erica D. Loyd, Esq.<br>　Attorneys for Plaintiff<br>　Alan Clark | By */s/ Kevin M. Green*<br>　Kevin M. Green, Esq.<br>　Attorneys for Defendant<br>　Spiliadis Management, Ltd. |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: November 24, 2015

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5-1, I hereby certify that on November 23, 2015, I electronically transmitted the attached document to the Office of the Clerk of the United States District Court for the District of Nevada using the Court's CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following counsel of record in this matter:

Patrick W. Kang, Esq.
Erica D. Loyd, Esq.
Kang & Associates, PLLC
6480 West Spring Mountain Road, Suite 1
Las Vegas, Nevada 89103
Attorneys for Plaintiff

By */s/ Colleen Loos*
An Employee of Fennemore Craig

10930674.

FENNEMORE CRAIG

LAS VEGAS